JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Julie Angermaier

**DEFENDANTS**

Vanleigh, Inc. and Campers Inn of Philadelphia, Inc.

**(b)** County of Residence of First Listed Plaintiff   St. Lucie County, FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Tishomingo County, MS
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Timothy J. Abeel, Jr., Esq., Timothy Abeel & Assoc, PC
25 Regency Plaza, Glen Mills, PA 19342 (484) 840-8432

Attorneys *(If Known)*

Robyn F. McGrath, Esquire, Sweeney & Sheehan, PC
1515 Market St, 19th Fl, Philadelphia, PA 19102
(215) 563-9811

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Magnuson-Moss Warranty Improvement Act 15 U.S.C. §2301
Brief description of cause:
Breach of Warranty

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*        JUDGE _____        DOCKET NUMBER _____

DATE
November 13, 2020

SIGNATURE OF ATTORNEY OF RECORD

*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #   _____   AMOUNT   _____   APPLYING IFP   _____   JUDGE   _____   MAG. JUDGE   _____

JS 44 Reverse (Rev. 10/20)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

    **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

    **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. **(See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: <u>Nature of Suit Code Descriptions</u>.

**V.**    **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation -- Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 8800 Okeechobee Road, #50, Fort Pierce, FL 34945 _____

Address of Defendant: _____ 26 Industrial Drive Access Road, Burnsville, MS 38833 _____

Place of Accident, Incident or Transaction: _____ 1651 Bethlehem Pike, Hatfield, PA 19440 _____

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/13/2020 _____   _____   55892 _____
                                   *Must sign here*
                          *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**   *Federal Question Cases:*

☐ 1.  Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2.  FELA
☐ 3.  Jones Act-Personal Injury
☐ 4.  Antitrust
☐ 5.  Patent
☐ 6.  Labor-Management Relations
☐ 7.  Civil Rights
☐ 8.  Habeas Corpus
☐ 9.  Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases
        *(Please specify):*  Magnuson-Moss Warranty Improvement Ac

**B.**   *Diversity Jurisdiction Cases:*

☐ 1.  Insurance Contract and Other Contracts
☐ 2.  Airplane Personal Injury
☐ 3.  Assault, Defamation
☐ 4.  Marine Personal Injury
☐ 5.  Motor Vehicle Personal Injury
☐ 6.  Other Personal Injury *(Please specify):* _____
☐ 7.  Products Liability
☐ 8.  Products Liability – Asbestos
☐ 9.  All other Diversity Cases
        *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff, do hereby certify:*

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                          *Sign here if applicable*
                    *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ANGERMAIER | CIVIL ACTION |
| v. | JURY TRIAL DEMANDED |
| VANLEIGH, INC. and CAMPERS INN OF PHILADELPHIA, INC. | NO.: |

### NOTICE OF REMOVAL

Defendant, Vanleigh RV, Inc. (incorrectly identified as "Vanleigh, Inc.") (hereinafter "Vanleigh"), hereby removes this action from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1331. In support thereof, Defendant avers as follows:

1.      Vanleigh is a Defendant in an action captioned <u>Julie Angermaier v. Vanleigh, Inc. and Campers Inn of Philadelphia, Inc.</u>, Court of Common Pleas of Philadelphia County, October Term, 2020, No. 1427 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A."

2.      Plaintiff's State Court Action contains a three counts, one of which alleges violation of 15 U.S.C. §2301 et seq., the Magnuson-Moss Warranty Improvement Act.

3.      The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. §1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4.      Pursuant to 28 U.S.C. §1441(a), "[a]ny civil action brought in a State court of which the district courts of the Untied States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.     Since this case arises out of an alleged violation of 15 U.S.C. §2301, Vanleigh,

may properly remove the State Court Action to this Court based on 28 U.S.C. §1441(a).

6.     Vanleigh was served with the State Court Action on or about October 24, 2020.

See correspondence from Plaintiff's attorney dated October 21, 2020 serving the Complaint via

Certified Mail, attached hereto as Exhibit "B."

7.     This Notice has been filed with the Court within thirty (30) days after service of

the Complaint on Vanleigh.

8.     At the time of this filing, Defendant, Campers Inn of Philadelphia, Inc., has not

been served with the State Court Action.  See docket entries evidencing lack of service on

Campers Inn of Philadelphia, Inc., attached hereto as Exhibit "C."

**WHEREFORE**, Defendant, Vanleigh RV, Inc., requests that the action in the Court of

Common Pleas of Philadelphia County captioned as aforesaid be removed from that Court to the

United States District Court for the Eastern District of Pennsylvania for jury trial and

determination of all issues.

**SWEENEY & SHEEHAN**


By:____/s/ Robyn F. McGrath_____
      ROBYN F. McGRATH
      Identification No.:  55892
      Attorney for Defendant,
      Vanleigh RV, Inc. (incorrectly
      Identified as "Vanleigh, Inc.")

      1515 Market Street, Suite 1900
      Philadelphia, Pennsylvania 19102
      (215) 563-9811
      (215) 557-0999 (facsimile)
      robyn.mcgrath@sweeneyfirm.com

DATE:  November 13, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIE ANGERMAIER

v.

VANLEIGH, INC. and CAMPERS
INN OF PHILADELPHIA, INC.

CIVIL ACTION

JURY TRIAL DEMANDED

NO.:

### PROOF OF SERVICE

    Robyn F. McGrath, after first being duly sworn according to law, verifies and says that

she is an attorney for the firm of Sweeney & Sheehan, attorneys for the above named Defendant,

and that she did serve the foregoing Notice of Removal upon the following interested counsel

and parties of record by electronic mail and United States First Class Mail with postage fully

prepared this 13th day of November, 2020:

**INTERESTED COUNSEL:**
Timothy J. Abeel, Jr., Esquire
Timothy Abeel & Associates
25 Regency Plaza
Glen Mills, PA 19342

                    **SWEENEY & SHEEHAN**


                    By:   /s/ Robyn F. McGrath
                        ROBYN F. McGRATH
                        Identification No.:  55892
                        Attorney for Defendant,
                        Vanleigh RV, Inc. (incorrectly
                        Identified as "Vanleigh, Inc.")

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ANGERMAIER | CIVIL ACTION |
| v. | JURY TRIAL DEMANDED |
| VANLEIGH, INC. and CAMPERS INN OF PHILADELPHIA, INC. | NO.: |

### PROOF OF FILING

Robyn F. McGrath, Esquire, after first being duly sworn according to law, deposes and says that she is an attorney for the firm of Sweeney & Sheehan, attorneys for the above named Defendant herein, and that she did direct the filing with the Prothonotary of the Court of Common Pleas of Philadelphia County a copy of the Notice of Removal attached hereto by having a copy of the same filed with the Prothonotary on November 13, 2020.

**SWEENEY & SHEEHAN**

By:    /s/ Robyn F. McGrath
ROBYN F. McGRATH
Identification No.: 55892
Attorney for Defendant,
Vanleigh RV, Inc. (incorrectly
Identified as "Vanleigh, Inc.")

1515 Market Street, Suite 1900
Philadelphia, Pennsylvania 19102
(215) 563-9811
(215) 557-0999 (facsimile)
robyn.mcgrath@sweeneyfirm.com

# Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| **OCTOBER 2020** | **001427** |
| E-Filing Number: 2010033382 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JULIE ANGERMAIER | VANLEIGH, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 8800 OKEECHOBEE ROAD #50<br>FORT PIERCE FL 34945 | 26 INDUSTRIAL DRIVE ACCESS ROA<br>BURNSVILLE MS 38833 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | CAMPERS INN OF PHILADELPHIA, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1651 BETHLEHEM PIKE<br>HATFIELD PA 19440 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [X] $50,000.00 or less<br>[ ] More than $50,000.00 | [X] Arbitration<br>[ ] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

CASE TYPE AND CODE

10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br>OCT **20** 2020<br>**M. BRYANT** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES          NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JULIE ANGERMAIER

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| TIMOTHY J. ABEEL | 25 REGENCY PLAZA<br>GLEN MILLS PA 19342 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (484)800-8432 | (484)840-8896 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 209961 | gracie@timothyabeel.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| TIMOTHY ABEEL | Tuesday, October 20, 2020, 12:14 pm |

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 08/10/2021
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, If one or more parties is not present
at the hearing, the matter may be heard at the same time and date before a Judge of the court without the absent party or parties.
There is no right of a trial de novo on appeal from a decision entered by a Judge. **ATTORNEY FOR PLAINTIFF**
Identification No. 209961

TIMOTHY ABEEL & ASSOCIATES, P.C.
25 Regency Plaza
Glen Mills, PA 19342
484-840-8432

**THIS IS AN ARBITRATION
MATTER. ASSESSMENT OF
DAMAGES HEARING IS
REQUESTED.**

JULIE ANGERMAIER

**COURT OF COMMON PLEAS
PHILADELPHIA COUNTY**

v.

**CIVIL ACTION**

VANLEIGH, INC. AND
CAMPERS INN OF PHILADELPHIA, INC.

**NO.:**

### NOTICE TO DEFEND
#### CODE: 1900

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take
action within twenty (20) days after this complaint and notice are served, by entering a written appearance
personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth
against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be
entered against you by the court without further notice for any money claimed in the complaint or for any other
claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNONT
AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL
HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL & INFORMATION SERVICE
ONE READING CENTER
PHILADELPHIA, PA 19107
TELEPHONE: 215-238-1701

#### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas de estas demandas expuestas an las paginas siguientes,
usted tiene veinte (20) dias de plazo al partir de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en
persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su
persona. Sea avisado que si usted no se defiende, le corte tomara medidas y puede continuar la demanda en contra suya sin previo
aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y require que usted cumpla con todas las provisiones
de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL
DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA
OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE
CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA LEGAL
ONE READING CENTER
FILADELFIA, PA 19107
TELEFONO: 215-238-1701

Timothy J. Abeel, Jr., Esquire
Identification No. 209961
TIMOTHY ABEEL & ASSOCIATES, P.C.
25 Regency Plaza
Glen Mills, PA 19342
484-840-8432

**ATTORNEY FOR PLAINTIFF**

**THIS IS AN ARBITRATION
MATTER. ASSESSMENT OF
DAMAGES HEARING IS
REQUESTED.**

---

JULIE ANGERMAIER

v.

VANLEIGH, INC. AND
CAMPERS INN OF PHILADELPHIA, INC.

**COURT OF COMMON PLEAS
PHILADELPHIA COUNTY**

**CIVIL ACTION**

NO.:

## COMPLAINT
## CODE: 1900

1.     Plaintiff, Julie Angermaier, is an adult individual citizen and legal resident of the State of Florida, residing at 8800 Okeechobee Road, #50, Fort Pierce, FL 34945.

2.     Defendant, Vanleigh, Inc., is a corporation qualified to do an regularly conduct business in the Commonwealth of Pennsylvania, with its address and principal place of business located at 26 Industrial Drive Access Road, Burnsville, MS 38833, and can be served at this address.

3.     Defendant, Campers Inn of Philadelphia, Inc., is a corporation qualified to do an regularly conduct business in the Commonwealth of Pennsylvania, with its address and principal place of business located at 1651 Bethlehem Pike, Hatfield, PA 19440, and can be served at this address.

## BACKGROUND

4.   On or about September 15, 2017, Plaintiff purchased a new 2018 Vilano 325RL FW, manufactured and warranted by Defendant, bearing the Vehicle Identification Number 7HHFC3426JV006043.

5.   The vehicle was purchased in the State of New York and is registered in the State of Florida.

6.   The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet defined by the Lemon Law, totaled more than $84,932.06.   A true and correct copy of the contract is attached hereto, made a part hereof and marked Exhibit "A".

7.   In consideration for the purchase of said vehicle, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

8.   The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

9.   The parties' bargain includes an express warranty, as well as other guarantees, affirmations and undertakings as stated in Defendant's warranty materials and owner's manual.

10.   However, as a result of the ineffective repair attempts made by Defendant through its authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes, and is worthless to Plaintiff.

11.   During the warranty period, Plaintiff complained about defects and or non-conformities to the following vehicle components: hitch and generator purchased were not

provided at the time of purchase, then the wrong hitch was installed damaging the bed cover, hydraulic failure on numerous occasions, numerous accessories were missing from the RV after service, after arriving at a camp site the cabinets flung open, refrigerator and freezer have broken lock, flooring ripped by debris trapped under kitchen slide, everything glass shattered, cabinet doors damaged, kitchen slide molding damaged, left side pulled away from wall, vacuum system failure, after reverse osmosis system installed it flooded the RV twice damaging rugs, and the new electronic "brain" that was installed failed. True and correct copies of the repair invoices, in Plaintiff's, possession are attached hereto, made a part hereof and marked Exhibit "B".

12. The vehicle continues to exhibit defects and nonconformities which substantially impairs its use, value and/or safety as provided in 73 P.S. §1951 et seq.

**COUNT I**
**AGAINST BOTH DEFENDANTS**
**MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT**

13. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth in length herein.

14. Plaintiff has or may have resorted to Defendants' informal dispute settlement procedure, to the extent said procedure complies with 16 CFR 703.

15. Plaintiff avers that the Federal Trade Commission (FTC) has determined that no Automobile manufacturer complies with 16 CFA 703. See, Fed. Reg. 15636, Vol. 62, No. 63 (Apr. 2, 1997).

16. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301 (3).

17. Defendants are "suppliers", "warrantors", and a "service contractors" as defined by 15 U.S.C. §2301 (4),(5) and (8).

18.   The subject vehicle is a "consumer product" as defined by 15 U.S.C. §2301 (1).

19.   By the terms of its written warranties, affirmations, promises, or service contracts, Defendants agreed to perform effective repairs at no charge for parts and/or labor.

20.   The Magnuson-Moss Warranty Improvement Act requires Defendants to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

21.   Defendants have made attempts on several occasions to comply with the terms of its express warranties,; however, such repair attempts have been ineffective.

22.   The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the curt, in its discretion shall determine that such an award of attorney's fees would be in appropriate.

23.   Plaintiff has afforded Defendants a reasonable number of opportunities to confirm the vehicle to the aforementioned express warranties, implied warranties and contracts.

24.   As a direct and proximate result of Defendants' failure to comply with the express written warranties, Plaintiff as suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

25.   Defendants' failure is a breach of Defendant's contractual and statutory obligations constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not limited to: breach of express warranties; breach of implied warranty of merchantability; breach of implied warranty of fitness for a particular purpose; breach of contract; and constitutes an Unfair Trade Practice.

26.   Plaintiff avers that Defendants' warranty was not provided to Plaintiff until after the vehicle was delivered, making any and all limitations, disclaimers and/or alternative dispute provisions ineffective for a failure of consideration.

27.   Plaintiff avers Defendants' Dispute Resolution Program was not in compliance with 16 CFR 703 for the model year of the subject vehicle.

28.   Plaintiff avers that Defendants' warranty did not require Plaintiff to first resort to a Dispute Resolution Program before filing suit.

29.   Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendants.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorney's fees, and all court costs.

## COUNT II
### AGAINST BOTH DEFENDANTS
### PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW

30.   Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

31.   Plaintiff is a "Person" as defined by 73 §201-2(2).

32.   Defendants are "Persons" as defined by 73 §201-2(2).

33.   Section 201-9.2(a) of the Act authorizes a private cause of action for any person "who purchases or leases goods or services primarily for personal, family or household purposes."

34.   Section 1961 of the Pennsylvania Automobile Lemon Law, provides that a violation of its provisions shall automatically constitute a violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. 201-1 et seq.

35.   In addition, the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 §201-2(4), defines "unfair or deceptive acts or practices" to include the following conduct:

(vii).   Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another,

(xiv).   Failing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to, or after a contract for the purchase of goods or services is made;

(xv).   Knowingly misrepresenting that services, replacements or repairs are needed if they are not needed;

(xvi).   Making repairs, improvements or replacements on tangible, real or personal property of a nature or quality inferior to or below the standard of that agreed to in writing.

(xvii).   Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

36.   Plaintiff avers Defendants have violated these, as well as other provisions, of 73 P.S. §201-2 et seq.

37.   Section 201-3.1 of the Act provides that the Automotive Industry Trade Practice rules and regulations adopted by the Attorney General for the enforcement of this Act shall constitute additional violations of the Act.

38.   Defendants' conduct surrounding the sale and servicing of the subject vehicle falls within the aforementioned definitions of "unfair or deceptive acts or practices."

39.   The Act also authorizes the Court, in its discretion to award up to three (3) times the actual damages sustained for violations.

## COUNT III
## AGAINST BOTH DEFENDANTS
## UNIFORM COMMERCIAL CODE

40.   Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth as length herein.

41.   The defects and nonconformities existing within the vehicle constitute a breach of contractual and statutory obligations of Defendants, including but not limited to the following:

      a.  Express Warranty;

      b.  Implied Warranty of Merchantability; and

      c.  Implied Warranty Of Fitness For A Particular Purpose.

42.   At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendants' express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

43.   At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendants were aware Plaintiff was relying upon Defendants' express and implied warranties, obligations, and representations with regard to the subject vehicle.

44.   Plaintiff has incurred damages as a direct and proximate result of the breach and failure of Defendants to honor its express and implied warranties.

45.   Such damages include, but are not limited to, the contract price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

WHEREFORE, Plaintiff respectfully demands judgment against Defendants in an amount not in excess of Fifty Thousand Dollars ($50,000.00), together with all collateral changes, attorneys' fees, all court costs and treble damages.

**TIMOTHY ABEEL & ASSOCIATES, P.C.**

By: _/s/ Timothy J. Abeel, Jr._
**TIMOTHY J. ABEEL, JR., ESQUIRE**
**Attorney for Plaintiff**

# VERIFICATION

Timothy J. Abeel, Jr., states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the forgoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.

By: /s/ Timothy J. Abeel, Jr.
      **Timothy J. Abeel, Jr., Esquire**
      **Attorney for Plaintiff**

# EXHIBIT "A"

Case ID: 20100142'

# CAMPERS INN OF PHILADELPHIA, INC  BILL OF SALE

1651 BETHLEHEM PIKE HATFIELD, PA 19440
Phone#: (215) 822 1345     Fax# (215) 822 0319

## BUYER'S PERSONAL INFORMATION

Buyer :NANCY ANGLEMATER
Co-Buyer :
Buyer Home Phone :          | Buyer Work Phone :
Street Address : 17A    LAKELAND AVE.
City State Zip : SAYVILLE, NY 11782    (Suffolk Co)

Delivery Date : 9/15/2017    Deal Number :

### RETAIL UNIT
NEW/USED :NEW    Year :2018    Make :VILANO
Model : 325RL    Odometer :
Color :    Type : FW    GVW :
VIN : JHHFC342GJV006041
Stock Number :28317    Price :84,942.00

### LIENHOLDER
Name :
Address :

Phone Number :
Account Number :

### TRADE 1
Year :    Make :    Model :
Odometer :    Color :    Type :
Serial Number :    WGT :
Length :    Tag # :

### LIEN PAYOFF
Payoff To :    Payoff : N/A

### TRADE 2
Year :    Make :    Model :
Odometer :    Color :    Type :
Serial Number :    WGT :
Length :    Tag # :

### TRADE 3
Year :    Make :    Model :
Odometer :    Color :    Type :
Serial Number :    WGT :
Length :    Tag # :

### INSURANCE
Company :    Phone :
Agent :
Policy # :
Effective Date :    Expiration Date :

### SIGNATURES
Buyer :    Date :9/15/2017
Co-Buyer :    Date :9/15/2017
Agent :    Date :9/15/2017

## ITEMIZATION
BASE SELLING PRICE :

TOTAL ACCESSORIES
RETAIL DISCOUNT
RETAIL PRICE :
TRADE ALLOWANCE
TRADE PAYOFF
NET TRADE
CASH DOWN
REBATES/INCENTIVES
DOWN PAYMENT
SUB TOTAL :
STATE TAX
COUNTY TAX
CITY TAX
TOTAL SALES TAX
SUB TOTAL :
TAG/TRANSFER/LIEN
DEALER DOC FEE :
OURS
NOTARY/DMV/TIRE/OTHER
TOTAL FEES
SUB TOTAL :
INS PREMIUM
GAP
EXTENDED WARRANTY
RF(Road Guard Plan)=0, TIRE &
GRAND TOTAL :
CASH BALANCE :
AMOUNT TO FINANCE :

### COMMENTS
Dexter    Pay    1000.00 + 500.00

Dodge 3522
Stbout Bed with Packs

Philly Store

$5000    9/2/17
$500    9/8/17

Case ID: 201000142

# EXHIBIT "B"



Campers Inn of Philadelphia, Inc
1651 Bethlehem Pike
Hatfield PA USA 19440
Phone #:(215) 822-1345
Fax #: (215) 822-0339

Invoice Number: 124008923

Ticket Date: 10/17/2017
Cashed Out Date: 10/17/2017 - 12:48 PM
Parts Employee: (12530) Stephen Speckman



JULIE ANGERMIER
6523 FIVE FORKS
PEEWEE VALLEY KY  40056

1819226 Home: () 241-4915
Ship To:

**$95.53**

| Part # | Description | Drop Shipped | Qty | Retail Price | Savings | Selling Price | Extended Discount | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 51893 | Bamboo Folding Table w/Aluminum Legs,Adj | ☐ | 1.0 | $114.99 | $0.00 | $114.99 | $11.50 | $103.49 |
| 10-0571 | HOSE SAVER W/ SPRING CD | ☐ | 1.0 | $5.59 | $0.00 | $5.59 | $0.56 | $5.03 |
| 10-0580 | WATER DIVERTER WITH HOSE GRIPPER | ☐ | 1.0 | $27.99 | $0.00 | $27.99 | $2.80 | $25.19 |
| 13-0102 | AQUA SOFT TISSUE PAK/4 0 | ☐ | 1.0 | $6.83 | $0.00 | $6.83 | $0.68 | $6.15 |
| 18-7670 | 50AMP SURGE GUARD HARDWIR | ☐ | 1.0 | $369.49 | $0.00 | $369.49 | $36.95 | $332.54 |
| 42956 | PREVIEW WRAP RV STEP RUG 23" | ☐ | 1.0 | $21.79 | $0.00 | $21.79 | $2.18 | $19.61 |
| 1811322 | SUPER SPRAY ALL- PURPOSE CLEANER | ☐ | 1.0 | $7.29 | $0.00 | $7.29 | $0.73 | $6.56 |
| 41514 | RhinoFLEX Toilet Chemical, 64 oz. | ☐ | 1.0 | $18.99 | $0.00 | $18.99 | $1.90 | $17.09 |
| 13-1315 | 10.3oz TUBE LAP SEALANT W 501LSW 1 | ☐ | 2.0 | $9.59 | $0.00 | $9.59 | $1.92 | $17.26 |
| 50044 | WATER PRESSURE REGULATOR | ☐ | 1.0 | $11.39 | $0.00 | $11.39 | $1.14 | $10.25 |
| 44033 | FRIDGE BRACE 2PK | ☐ | 1.0 | $6.99 | $0.00 | $6.99 | $0.70 | $6.29 |
| 39867 | RhinoEXTREME 20 Sewer Hose Kit | ☐ | 1.0 | $88.69 | $0.00 | $88.69 | $8.87 | $79.82 |

*(handwritten)*
MISSING 8.63
79.82
88.45
x .08 TAX
7.08
+88.45
95.53

**$95.53**

9.59
-.96 DISC
8.63
x .08 TAX
.69
9.32

| Pay Type | CC # | Amount |
|---|---|---|
| GIFT CERT | | $50.00 |
| VISA | | $617.04 |

SALE:03884D:2:;838795500:::

Signature:

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
Cashed Out By: (12530) Stephen Speckman
Cash Out Date: 10/17/2017
Cash Drawer:  001

| Parts Total: | $699.21 |
|---|---|
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $699.21 |

| Discount Total: | $69.93 |
|---|---|
| Ext Price: | $629.28 |
| Sales Tax: | $37.76 |
| Total: | $667.04 |
| Deposits: | $0.00 |
| Amount Due: | $667.04 |
| Amt Tendered: | $667.04 |
| Chg Returned: | $0.00 |

As our customer, you
just saved: | $69.93 |

DISCLAIMER OF WARRANTIES - Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. NO RETURNS ON ELECTRICAL ITEMS.  NO RETURNS WITHOUT SALES RECEIPT, RESTOCKING CHARGE OF 20% ON NON STOCK ITEMS!

Printed On : 10/17/2017  12:48:55 PM

Case ID: 201900002

**The RV MD**
PH: (631)295-8595
RVehiclerepair@gmail.com

CUSTOMER'S ORDER NO!! 9 to 6pm EST

| | | |
|---|---|---|
| NAME | Nancy  Angermeier | DATE  11/6/17 |
| ADDRESS | 17 E. Lakeland Avenue | |
| CITY, STATE, ZIP | Sayville, N.Y. | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | Service charge : | | |
| 3 | Troubleshoot leveling | | |
| 4 | Jacks & slides not working. | | |
| | found bad Hydraulic motor | Lab  $100 00 | |
| | | only | $100 00 |
| | will return to install | | |
| | new motor from dealer. | | |

#2

Case ID: 20100142



**Campers Inn of Jacksonville, Inc**
10626 General Ave
Jacksonville FL USA 32220
Phone #:(904) 783-0313
Fax #: (904) 783-1067
MV89985

Invoice Number: 100016190
Tag Number: 5650
Date and Time In: 1/2/2018 - 9:54 AM
Date and Time Out: 1/2/2018 - 9:54 AM
Promised Date Time: 1/2/2018 9:54 AM
Cashed Out Date:
Date Appointment Initiated: 1/2/2018
Service Advisor: (10781) Bryan Miller

NANCY ANGERMAIER
17 A LAKELAND AVE
SAYVILLE NY 11782

1420270

Veh Info: 28517 - 18 Villano 325RL DPW
Serial Numbers: 7H3FC3826JV000045
In-Srv: 10/17/2017 - Miles/Hrs In: 0   Cont#   Plate #

Home: (631) 218-7995
Cell: (631) 218-7995

| Repair | Hrs | VIN | Requested Repair Description | Mech # | Type | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | JV006043 | C/S JACKS ARE INOP , MOTOR WAS REPLACED AT HATFIELD DEALERSHIP<br>CAUSE: Hydraulic motor/pump assembly free spinning<br>Need to R&R Motor/Pump assembly complete with resivor and solenoid<br>Requesting 1.0<br>Time to get trailer off track and support trailer 1.0<br>CORRECTION: PEOPLE ARE FULL TIMERS AND WE REQUEST OVERNIGHT PARTS<br>R&R hydraulic pump assembly, bleed system<br>Repair time 1.0<br>Recalibrate leveling system<br>Repah time .5 | 10776 | Warranty | INC | INC | INC |
| 2 | 0.00 | JV006043 | C/S MICROWAVE IS INOP<br>CAUSE: Not plugged into outlet when prepped at another dealership<br>CORRECTION: Plugged in microwave and tested performing as designed<br>Repair time .3 | 10776 | p & Del New | INC | INC | INC |
| 3 | 0.00 | JV006043 | C/S OUTLET UNDER MICROWAVE IS INOP<br>CORRECTION: Tested outlet 119.1 volts<br>Tested polarity ok<br>Test time .2 | 10776 | p & Del New | INC | INC | INC |
| 4 | 0.00 | JV006043 | C/S FLOORING IS TORN WHERE THE KITCHEN SLIDE OUT<br>CAUSE: C battery caught behind slide roller<br>CORRECTION: Repair on customer could probably sublet repair | 10776 | p & Del New | INC | INC | INC |

| | | | |
|---|---|---|---|
| Parts Total: | $132.68 | Ext Price: | $351.61 |
| Core Total: | $0.00 | Sales Tax: | $24.62 |
| Freight Total: | $0.00 | Total: | $376.23 |
| Sublet Total: | $0.00 | - Deductible: | $0.00 |
| Labor Total: | $208.50 | Deposits: | $0.00 |
| - Labor Discount: | $0.00 | Amount Due: | $376.23 |
| Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| Shop Supplies: | $10.43 | Chg Returned: | $0.00 |
| Sub Total: | $351.61 | | |
| - Parts Discount: | $0.00 | | |

Printed On : 1/9/2018   12:52:08 PM     *Repair added after the customer copy printed.Oil & Grease included in Other Charges.*     Page 1 of 4

Case ID: 20100142



**Campers inn RV**

Campers Inn of Jacksonville, Inc
10626 General Ave
Jacksonville FL USA 32220
Phone #:(904) 783-0313
Fax #: (904) 783-1067
MV89985

Invoice Number: 100016190
Tag Number: 5550
Date and Time In: 1/2/2018 - 9:54 AM
Date and Time Out: 1/2/2018 - 9:54 AM
Promised Date & Time: 1/2/2018 - 9:54 AM
Cashed Out Date:
Date Appointment Initiated: 1/2/2018
Service Advisor: (10781) Bryan Miller

NANCY ANGERMAIER
17 A LAKELAND AVE.
SAYVILLE NY 11782

Home: (631) 218-7995
Cell: (631) 218-7995

1420279

Veh Info: 28317 - 18 Vilano 325RL FW
Serial Number: 7IHHFC3426JV006043
In-Srvc 10/17/2017   Miles/Hrs In:   0   Out:   Plate #:

| 5 | 0.00 | JV006043 | C/S CAN SMELL L/P ON DRIVERS SIDE TANK CORRECTION: Performed L/P drop test held 11.2 inches of W/C for 3 minutes also performed visual leak test ok Repair time .5 | 10776 | rp & Del New | INC | INC | INC |
|---|------|----------|------|-------|------|-----|-----|-----|
| 6 | 0.30 | JV006043 | C/S WHEN PLUGGED INTO SHORE POWER 12V IS NOT CHARGING CORRECTION: Tested charging system Performing as designed  13.9 volts | 10776 | rp & Del New | INC | INC | INC |
| 7 | 1.50 | JV006043 | C/S REPLACE JACK ANTENNA CORRECTION: R&R Jack antenna clean and reseal Repair time 1.5 | 10776 | Retail | $208.50 | $0.00 | $208.50 |

| Repair | Part # | Description | Qty | Retail Price | Savings | Selling Price | Extended Discount | Extended Price |
|--------|--------|-------------|-----|--------------|---------|---------------|-------------------|----------------|
| 1 | 5353 | Automatic Transmission Fluid | 4.00 | | | | | INC |
| 1 | 0734 | BRAKE CLEAN | 2.00 | | | | | INC |
| 1 | 1301227 | LCI LEVEL UP HYDRAULIC PUMP ASS | 1.00 | | | | | INC |
| 1 | FRR | FREIGHT | 1.00 | | | | | INC |
| 7 | 24-0337 | HDTV ANT W/MOUNT  O8401 | 1.00 | $123.09 | $0.00 | $123.09 | $0.00 | $123.09 |
| 7 | 13-1315 | LAP SEALANT - WHITE - 10.3 OZ. DICO | 1.00 | $9.59 | $0.00 | $9.59 | $0.00 | $9.59 |

| Parts Total: | $132.68 | | Ext Price: | $351.61 |
|--------------|---------|---|-----------|---------|
| Core Total: | $0.00 | | Sales Tax: | $24.62 |
| Freight Total: | $0.00 | | Total: | $376.23 |
| Sublet Total: | $0.00 | | - Deductible: | $0.00 |
| Labor Total: | $208.50 | | - Deposits: | $0.00 |
| Labor Discount: | $0.00 | | Amount Due: | $376.23 |
| Other Charges: | $0.00 | | Amt Tendered: | $0.00 |
| Shop Supplies: | $10.43 | | Chg Returned: | $0.00 |
| Sub Total: | $351.61 | | | |
| - Parts Discount: | $0.00 | | | |

Repair added after the customer copy printed Oil & Grease included in Other Charges.

Page 2 of 4

21



**Campers inn RV**

Campers Inn of Jacksonville, Inc
10626 General Ave
Jacksonville FL USA 32220
Phone #:(904) 783-0313
Fax #: (904) 783-1067
MV89985

Invoice Number: 100019997
Tag Number: 6329
Date and Time In: 8/17/2018 - 12:01 PM
Date and Time Out: 7/26/2018 - 1:10 PM
Promised Date - Time: 7/26/2018 - 1:10 PM
Cashed Out Date:
Date Appointment Initiated: 7/26/2018
Service Advisor: (10575) William Hopson

NANCY ANGERMAIER
17 A  LAKELAND AVE.
SAYVILLE NY  11782

1420279 Home: (631) 218-7995  Cell: (631) 218-7995

Veh Info: 28317   18 Vilano 325RL, FW
Serial Numbers: 7HHFC3426JV006043

In-Srv: 10/17/2017  Miles/Hrs In:        Out:        Plate #:
Color Ex:                      Int: PEBBLE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price | |
| 1 | 0.00 | JV006043 | | | | | | INC | INC | INC | |
| | | C/S POWER CORD WON'T RETRACT, marked with tape | | | Service Warranty | | | | | | |
| | | | | Parts Total: | Labor Total: | | INC | Job Total: | | | $0.00 |
| 2 | 0.00 | JV006043 | | | Service Warranty | | | INC | INC | INC | |
| | | C/S BOTTOM OF CABINET OVER LOUNGE CHAIRS COMING UNSECURED, MARKED WITH TAPE | | | | | | | | | |
| | | | | Parts Total: | Labor Total: | | INC | Job Total: | | | $0.00 |
| 3 | 0.00 | JV006043 | | | Service Warranty | | | INC | INC | INC | |
| | | C/S MOLDING OVER INSIDE OF DOOR HAS COME UNSECURED, MARKED WITH TAPE PLEASE REATTACH | | | | | | | | | |
| | | | | Parts Total: | Labor Total: | | INC | Job Total: | | | $0.00 |
| 4 | 0.00 | JV006043 | | | Service Warranty | | | INC | INC | INC | |
| | | C/S HAS NEW VACUUM WANTS CHANGED OUT, SENT NEW ONE BY COACH MFG, PLEASE INSTALL | | | | | | | | | |
| | | | | Parts Total: | Labor Total: | | INC | Job Total: | | | $0.00 |
| 5 | 0.00 | JV006043 | | | Service Warranty | | | INC | INC | INC | |
| | | C/S SHOWER HOSE LEAKS, MARKED WITH TAPE | | | | | | | | | |
| | | | | Parts Total: | Labor Total: | | INC | Job Total: | | | $0.00 |
| 6 | 0.00 | JV006043 | | | Service Warranty | | | INC | INC | INC | |
| | | C/S FREEZER LOCK BROKEN, PARTS IN FREEZER | | | | | | | | | |
| | | | | Parts Total: | Labor Total: | | INC | Job Total: | | | $0.00 |
| 7 | 0.00 | JV006043 | | NOT | Service Warranty | | | INC | INC | INC | |
| | | C/S REAR A/C NOT WORKING, TRYS TO COME ON BUT DOES COOL | | | | | | | | | |
| | | | | Parts Total: | Labor Total: | | INC | Job Total: | | | $0.00 |
| | | | | | | | | INC | INC | INC | |
| | | | | Parts Total: | Labor Total: | | INC | | | | |

12:01:07 PM

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty | Ref. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 9 | 0.00 | JV006043 | | | | | | | | | |

C/S MOLDING IN FRONT OF FRIG IS MISSING

| | | | Service Warranty | | | | INC | INC | INC |

| 10 | 0.00 | JV006043 | Parts Total: | Labor Total: | INC | Job Total: | | $0.00 |

C/S RAN FRIG WHILE TOWING UNIT WITH INVERTER ON, WHEN SHE ARRIVED THE FRIG WAS OFF, ALSO STARTED GENERATOR AND RAN, NEVER GOT POWER THRU THE MICROWAVE, PLEASE CHECK AND ADVISE

| | | | Service Warranty | | INC | INC | INC |

| 11 | 0.00 | JV006043 | Parts Total: | Labor Total: | INC | Job Total: | | $0.00 |

A/C VENT MISSING IN CEILING ABOVE GALLEY CHAIRS, MARKED WITH TAPE

| | | | Service Warranty | | INC | INC | INC |

| 12 | 0.00 | JV006043 | Parts Total: | Labor Total: | INC | Job Total: | | $0.00 |

WATER SYSTEM WAS INSTALLED AT SELLING DEALER IN PITTSBURG, THE TANK IS NOT SECURED AND THE SYSTEM IS LEAKING AND AN ICEMAKER LINE WAS ALSO NOT INSTALLED

| | | | Service Warranty | | INC | INC | INC |

| | | | Parts Total: | Labor Total: | INC | Job Total: | | $0.00 |

| | | |
|---|---|---|
| Parts Total: | $0.00 | Ext Price: | $0.00 |
| Core Total: | $0.00 | Sales Tax: | $0.00 |
| Freight Total: | $0.00 | Total: | $0.00 |
| Sublet Total: | $0.00 | - Deductible: | $0.00 |
| Labor Total: | $0.00 | - Deposits: | $0.00 |
| - Labor Discount: | $0.00 | Amount Due: | $0.00 |
| Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| Shop Supplies: | $0.00 | Chg Returned: | $0.00 |
| Sub Total: | $0.00 | | |
| - Parts Discount: | $0.00 | | |

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:**
I UNDERSTAND THAT, UNDER STATE LAW I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
_____ I REQUEST A WRITTEN ESTIMATE.
_____ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
_____ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED _____ DATE_____

Registration Number: MV69986

_____ I UNDERSTAND THAT AN EXPRESSED MECHANICS LIEN MAY BE IMPOSED TO RECOVER ANY REPAIRS OR PARTS USED ON MY VEHICLE SHOULD I NOT PAY.

LABOR ESTIMATES ARE BASED ON FLAT RATE OF 130.00 OR HOURLY RATE OF 130.00, MINIMUM ESTIMATE/DIAGNOSTIC FEE OF 130.00 MAY BE APPLIED.

A STORAGE FEE OF $20.00 PER DAY MAY BE APPLIED TO VEHICLES, WHICH ARE NOT CLAIMED, OR PAID FOR, WITHIN 14 DAYS OF

Page 2 of 3

Printed On : 8/17/2018   12:01:07 PM

# Exhibit "B"



**TIMOTHY ABEEL**
**& A S S O C I A T E S**
LEMON LAW, BREACH OF WARRANTY & FRAUD CASES

25 Regency Plaza
Glen Mills, PA

tel: 484-800-3422
tlm@timothyabeel.com

www.timothyabeel.com

October 21, 2020

**Certified Mail/Return Receipt Requested**

Vanleigh, Inc.
26 Industrial Drive Access Road
Burnsville, MS 38833

      **RE:**  **Julie Angermaier v. Vanleigh, Inc., et al.**
            **Docket No. 001427, October Term 2020**

Dear Sir/Madam:

     Enclosed please find a copy of the Complaint filed against Vanleigh, Inc., in the court of Common Pleas, Philadelphia County, Pennsylvania.  You are being served pursuant to the Pennsylvania Rules of Civil Procedure Rule 403.

     Please refer the attached to the legal department. Kindly note a responsive pleading is due 20 days after receipt of the Complaint.

                                Very truly yours,

                                  Timothy J. Abeel, Jr.

TJA/gpk
Enclosure

◆

# Exhibit "C"

**The Philadelphia Courts**
# Civil Docket Access

No Items in Cart  **LOGOUT**  rmcgrath

**Civil Docket Report**
A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 201001427 |
| **Case Caption:** | ANGERMAIER VS VANLEIGH, INC. ETAL |
| **Filing Date:** | Tuesday , October 20th, 2020 |
| **Court:** | ARBITRATION |
| **Location:** | City Hall |
| **Jury:** | NON JURY |
| **Case Type:** | CONTRACTS OTHER |
| **Status:** | ARBITRATION HEARING SCHEDULED |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| ARBITRATION HEARING | 10-AUG-2021 09:15 AM | ARBITRATION CENTER | 1880 JFK Blvd., 5th Floor | *unassigned* |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|---|
| 1 | | | | ATTORNEY FOR PLAINTIFF | ABEEL JR, ESQUIRE TIMOTHY J |
| **Address:** | 25 REGENCY PLAZA GLEN MILLS PA 19342 (484)800-8432 gracie@timothyabeel.com | | **Aliases:** | *none* | |
| | | | | | |
| 2 | | 1 | | PLAINTIFF | ANGERMAIER, JULIE |
| **Address:** | 8800 OKEECHOBEE ROAD #50 | | **Aliases:** | *none* | |

11/13/2020, 9:36 AM

| | | | | |
|---|---|---|---|---|
| | FORT PIERCE FL 34945 | | | |
| | | | | |
| 3 | | | DEFENDANT | VANLEIGH INC |
| **Address:** | 26 INDUSTRIAL DRIVE ACCESS ROA BURNSVILLE MS 38833 | **Aliases:** | *none* | |
| | | | | |
| 4 | | | DEFENDANT | CAMPERS INN OF PHILADELPHIA INC |
| **Address:** | 1651 BETHLEHEM PIKE HATFIELD PA 19440 | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 20-OCT-2020 12:14 PM | ACTIVE CASE | | | 20-OCT-2020 12:17 PM |
| **Docket Entry:** | E-Filing Number: 2010033382 | | | |
| | | | | |
| 20-OCT-2020 12:14 PM | COMMENCEMENT OF CIVIL ACTION | ABEEL JR, ESQUIRE TIMOTHY J | | 20-OCT-2020 12:17 PM |
| **Documents:** | ⚖ Click link(s) to preview/purchase the documents Final Cover | 🛒 Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 20-OCT-2020 12:14 PM | COMPLAINT FILED NOTICE GIVEN | ABEEL JR, ESQUIRE TIMOTHY J | | 20-OCT-2020 12:17 PM |
| **Documents:** | ⚖ Click link(s) to preview/purchase the documents 20201020110901.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |

| 20-OCT-2020 12:17 PM | ARBITRATION HEARING SCHEDULED | | | 20-OCT-2020 12:17 PM |
| --- | --- | --- | --- | --- |
| **Docket Entry:** | SCHEDULED FOR ARBITRATION HEARING ON AUGUST 10, 2021, AT 09:15 AM AT THE ARBITRATION CENTER, 1880 JFK BLVD., 5TH FLOOR. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

E-Filing System    |    Search Home